**Edwin Wade SHARPE, Appellant, v. UNITED STATES of America, Appellee.**

No. 10634.

Circuit Court of Appeals, Sixth Circuit.

June 3, 1948.

Wm. J. Rielly, Jr., of Cincinnati, Ohio, for appellant.

Claude P. Stephens, of Lexington, Ky., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been heard and considered upon the record, briefs and oral argument of respective counsel;

IT IS ORDERED the judgment of the District Court, herein appealed from, be and is affirmed. York v. United States, 6 Cir., 299 F. 778; Spradley v. United States, 6 Cir., 162 F.2d 203.

---

**Raymond SIMCOX v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3637.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

George L. Creamer, of Denver, Colo., for appellant.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Dismissed April 6, 1948, on ground that appeal was moot.

---

**Joseph SUNNEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**
**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Joseph SUNNEN.**

Nos. 13425, 13426.

Circuit Court of Appeals, Eighth Circuit.

May 6, 1948.

C. P. Fordyce, of St. Louis, Mo., for Joseph Sunnen.

Theron L. Caudle, Asst. Atty. Gen., for Commissioner of Internal Revenue.

PER CURIAM.

In pursuance of mandate of the Supreme Court of the United States, judgment of this Court entered April 28, 1947, (opinion reported in 161 F.2d 171) vacated, set aside and held for naught and mandate of this Court in pursuance of said judgment, heretofore issued to The Tax Court of the United States, recalled, and decision of the Tax Court, 6 T.C. 431, involving petition of Joseph Sunnen to review affirmed and decision of Tax Court assailed by Commissioner of Internal Revenue reversed. Remanded to Tax Court for further proceedings consistent with order of this Court and opinion of Supreme Court, 68 S.Ct. 715.